U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 8 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELVIS RADHAMES MOTA-SANCHEZ (#A096 432 071) | DOCKET NO. 15-cv-2431; SEC. P |
| VERSUS | JUDGE DRELL |
| DAVID COLE, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the §2241 petition be and is hereby **DISMISSED AS MOOT.**

Additionally, the Court notes the copy of the report and recommendation mailed October 28, 2015 to Mr. Mota-Sanchez's last known address was returned to the Clerk of Court on November 5, 2015, marked "return to sender." Thirty days have passed since November 6, 2015, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 8 day of December, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT